# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>L. CARROL, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01474-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 9 ) |

Ronald Foster ("Plaintiff"), a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the court is Plaintiff's motion for an extension of time to file objections to the pending Findings and Recommendations, filed on November 18, 2019.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated: **November 20, 2019**

UNITED STATES MAGISTRATE JUDGE

1